Argued May 16, affirmed May 16, petition for rehearing
denied June 7, petition for review denied July 25, 1972

STATE OF OREGON, *Respondent, v.*
CHARLES D. BLACKLEDGE (No. 71-06-1708 Cr),
*Appellant.*

496 P2d 919

*F. E. Glenn,* Deputy Public Defender, Salem, argued
the cause for appellant. With him on the brief was
Gary D. Babcock, Public Defender, Salem.

*John W. Osburn,* Solicitor General, Salem, argued
the cause for respondent. With him on the brief were
Lee Johnson, Attorney General, and John W. Burgess,
Special Assistant Attorney General, Salem.

Before LANGTRY, Presiding Judge, and FOLEY and
FORT, Judges.